IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RILEY REAL ESTATE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:23-cv-140-RAH |
| | ) | |
| STATE FARM FIRE AND CASUALTY CO., | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Parties' *Joint Stipulation of Dismissal*, (doc. 24), filed on May 13, 2024, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, this action is **DISMISSED WITH PREJUDICE** on the terms agreed to and set out by the parties.

DONE on this the 14th day of May, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE